## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

JAMES SPEARS, JR.                                          PLAINTIFF
ADC #122695

V.                            No. 2:22-CV-116-KGB-JTR

DEXTER PAYNE,
Director, ADC, *et al.*                                   DEFENDANTS

### <u>ORDER</u>

On October 13, 2022, summonses were issued to seventeen Arkansas Division of Correction ("ADC") Defendants in this § 1983 action. *Doc. 6.* The ADC Compliance Division accepted service on behalf of fifteen of the Defendants and, pursuant to the Court's October 12, 2022 Order, provided the last known private mailing address for the two Defendants who are no longer ADC employees. *See Doc. 6 at 3 n.2; Docs. 11–27.*

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of the Court is directed to update the docket sheet to reflect the corrected names provided by Defendants in their Answer and the Returns of Summons:

"Gator Rex Lay" should be corrected to "Gaylon Rex Lay";

"Marcus Kelly" should be corrected to "Morieon Kelly";

"Undrea Fields" should be corrected to "Undray Fields";

"C. Burnett" should be corrected to "Cecil Burnett";

"D. Mitchell" should be corrected to "Deangelo Mitchell";

"Mooris" should be corrected to "Qudarius Morris";

"Jones" should be corrected to "Cleveland Jones"; and

"Wilson" should be corrected to "Corey Wilson."

2.      The Clerk of the Court is directed to prepare summonses for Cleveland Jones and Corey Wilson at their sealed last-known addresses.

3.      The United States Marshal is directed to serve the summonses along with copies of the Complaint (*Doc. 2*), the Court's October 12, 2022 Order (*Doc. 6*), and this Order on Cleveland Jones and Corey Wilson without requiring prepayment of fees and costs.

4.      Cleveland Jones' and Corey Wilson's sealed addresses must be **redacted** from the return of service and all other public portions of the record.

DATED this 13th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE