UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAMES SPEARS, JR.                                                                                      PLAINTIFF
ADC #122695

V.                                     No. 2:22-CV-116-KGB-JTR

DEXTER PAYNE,
Director, ADC, *et al.*                                                                              DEFENDANTS

## ORDER

The Clerk of the Court is directed to issue a summons for Defendant Wellpath Incorporation through its registered agent, Corporate Creations Network, 609 SW 8th Street, #600, Bentonville, AR 72712. The United States Marshal is directed to serve the summons, Complaint (*Doc. 2*), Judge Baker's September 12, 2023 Order (*Doc. 94*), and this Order on Wellpath, without prepayment of fees and costs, or security therefor.

SO ORDERED this 22nd day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE