IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAMES SPEARS, JR                                                                                    PLAINTIFF
ADC #122695

V.                          Case No. 2:22-CV-00116-KGB-BBM

MICHAEL H. RICHARDSON, *et al.*                                                         DEFENDANTS

### **ORDER**

On November 20, 2024, Defendant Wellpath, LLC ("Wellpath"), filed a suggestion of bankruptcy and a notice of an automatic stay of these proceedings due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. (Doc. 182); *see In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex). On May 22, 2025, Wellpath notified the Court that the bankruptcy stay has been lifted. (Doc. 192).

IT IS THEREFORE ORDERED THAT:

1. The stay in this case is LIFTED, and this case is REOPENED.

2. The Medical Defendants, Wellpath and Tracy Bennett, may refile their Motion for Summary Judgment on or before June 6, 2025.[1]

3. If Medical Defendants refile their Motion for Summary Judgment, Spears may file a renewed response. If Spears seeks any relief in his administratively terminated motions that is unrelated to the Medical Defendants' Motion for Summary Judgment, he may file renewed motions on or before June 6, 2025.[2]

---

[1] This Motion was administratively terminated when the case was closed. *See* (Doc. 187).

[2] Spears's administratively terminated Motions were "Plaintiff's Reply to the ADC Defendants' Response [129] to Plaintiff's Objections to Recommendations (Doc. 7 and 90), the Motion for Correction

4. Spears's Motion for Reconsideration, (Doc. 188), and Motion to Reopen Case, (Doc. 190), are DENIED as moot.

5. Spears and the ADC Defendants[3] must complete discovery on or before July 11, 2025, and file any dispositive motion on the merits on or before August 11, 2025.

SO ORDERED this 27th day of May, 2025.

_Benecia Moore_
UNITED STATES MAGISTRATE JUDGE

---

and/or Clarification, and for Plaintiff's Facts to be Deemed Undisputed [128]" and "Plaintiff's Response Opposing Medical Defendants' Motion for Summary Judgment; Motion to Strike Medical Defendant Tracy Bennett's Affidavit (Doc # 153-12) and Motion for Order of Waiver of Defenses, and Declaration of Facts in Support." (Docs. 137, 183) (as written).

[3] The remaining ADC Defendants are Michael H. Richardson, Kenyon V. Randle, Gaylon Rex Lay, Tyrone Allison, Morieon Kelly, Marcus Etherly, Undray Fields, Cecil Burnett, Pearlie Mae Blunt, Deangelo Mitchell, Stephanie Palmer, Qudarius Morris, Cleveland Jones, Corey Wilson, and Karen Wilson.