IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES SPEARS, JR.**                                                                            **PLAINTIFF**
**ADC #122695**

v.                          **Case No. 2:22-cv-00116-KGB**

**DEXTER PAYNE,** *et al.*                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 206). Plaintiff James Spears, Jr. has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Spears's complaint for failure to prosecute (Dkt. No. 2). *See* Local Rule 5.5(c) of the United States District Court for the Eastern and Western Districts of Arkansas. The Court denies as moot defendants Tracy Bennett and Wellpath LLC's motion for summary judgment and Mr. Spears's appeal of Judge Moore's Order on his petition to reopen his case and to reinstate all claims (Dkt. Nos. 194; 199). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this the 30th day of July, 2025.

                                                                         Kristine G. Baker
                                                                         Chief United States District Judge